THE PEOPLE OF THE STATE OF NEW YORK ex rel. ULYSSES B. RUSSELL, Relator, v. WILLIAM J. DOTY, as County Treasurer of Chautauqua County, N. Y., Respondent.— Writ dismissed and determination of county treasurer confirmed, with fifty dollars costs and disbursements. All concur.

MICHAEL GLAESER, Appellant, v. THE CITY OF BUFFALO and Others, Respondents.— Judgment affirmed, with costs. All concur, except Hubbs, J., who dissents and votes for reversal.

IDA B. GIBSON, Sole Administratrix, etc., of ARTHUR J. GIBSON, Her Husband, Deceased, Plaintiff, v. SPENCER KELLOGG & SONS, INC., and Others, Defendants.— Defendants' exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff, upon the verdict, with costs. All concur.

EASTERN CONCRETE STEEL COMPANY, Appellant, v. ERIE RAILROAD COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to plead over within twenty days upon payment of the costs of the motion and of this appeal. Held, in the absence of any allegation in the complaint that the extra work was within the scope of the plans and specifications or any provision of the contract and that the amount claimed to be due was arrived at upon a computation based upon the rate mentioned in the contract, we think the complaint fails to state facts sufficient to constitute a cause of action. All concur, except Davis, J., who dissents; Sears, J., not sitting.

INTERNATIONAL FUEL AND IRON CORPORATION, Respondent, v. DONNER STEEL COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days, upon payment of the costs of the motion and of this appeal. All concur; Sears, J., not sitting.

THE VILLAGE OF LYONS FALLS, Appellant, v. ANTONIO BARBONI, Respondent.— Judgment affirmed, with costs. All concur, except Davis, J., who dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN JERNATOWSKI, Appellant.— Judgment of conviction affirmed, under the provisions of section 542 of the Code of Criminal Procedure. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICOLA DESIDERIO and Another, Respondents, v. HENRY CONOLLY and Others, Constituting the Board of Sewer Commissioners of Sewer District No. 1, in the Town of Brighton, Monroe County, New York, and the TOWN BOARD OF THE TOWN OF BRIGHTON, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to plead over within twenty days, upon payment of the costs of the motion and of this appeal. All concur.

JOSEPH ANGE, as Administrator, etc., Plaintiff, v. ÆTNA CASUALTY AND SURETY COMPANY, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant, upon the verdict, with costs. All concur.

MARGARET KEITH, Respondent, v. GREAT LAKES DREDGE AND DOCK COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

CHARLES A. WHITE, as Administrator, etc., of STEFANO STIRPA, Deceased, Respondent, v. ABRAHAM POZE, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. Deposition pursuant to the notice to be taken on the 25th day of May, 1922, at ten A. M. All concur.